# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Robert B | U.S. Court of Appeals, 4th Cir | 05/12/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ○ Nomination Date<br>○ Initial  ● Annual  ○ Final | 01/01/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Virginia Street, East<br>Suite 7602<br>Charleston, WV 25301 | Reviewing Officer_____  Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | ████████████ Children Education Trust, United National Bank (corporate Trustee), Charleston, WV |
| 2. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | CamCare Health Education & Research Institute, Inc. (C.H.E.R.I., Inc) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. United Bank | Real Estate Loan | M |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. TimeWarner Inc (com) | | None | M | T | | | | | |
| 2. Cisco Systems Inc (com) | | None | M | T | | | | | |
| 3. Dell Computer Corp (com) | | None | K | T | | | | | |
| 4. Gillette Co. (com) | A | Dividend | L | T | | | | | |
| 5. Intel Corp (com) | A | Dividend | M | T | | | | | |
| 6. Microsoft Corp (com) | A | Dividend | M | T | | | | | |
| 7. RF Micro Devices Inc. (com) | | None | K | T | | | | | |
| 8. Sun Micro Systems Inc. (com) | | None | K | T | | | | | |
| 9. Wells Fargo & Co. (com) | B | Dividend | M | T | | | | | |
| 10. Yahoo Inc. (com) | | None | K | T | | | | | |
| 11. Morgan Stanley Dean Witter & Co. (com) | C | Dividend | M | T | | | | | |
| 12. Starbucks (com) | | None | K | T | | | | | |
| 13. TimeWarner, Inc. (com) | | None | J | T | | | | | |
| 14. Time-Warner, Inc. Debs - Reg 8.18% int. mat. 8/15/2007 | | | J | T | sold | 5/07/ | J | A | Sold 5/7/03 |
| 15. Cisco Systems, Inc. (com) | | None | J | T | | | | | |
| 16. Dell Computer Corp. (com) | | None | J | T | | | | | |
| 17. E.I. DuPont De Nemours & Co. (com) | A | Dividend | J | T | | | | | |
| 18. Federal Home Loan Corp. (com) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Merck & Co., Inc. (com) | A | Dividend | J | T | | | | | |
| 20. Oil and Gas Interests, Tyler and other counties, WV: | | | | | | | | | |
| 21. a. East Resources Inc. | B | Dividend | J | W | | | | | |
| 22. b. Ergon Oil Purchasing | A | Dividend | J | W | | | | | |
| 23. c. Dominion Appalachian Dev. Inc. | A | Dividend | J | W | | | | | |
| 24. ▓▓▓▓ Children Education Trust (as follows): | B | Interest/Div | L | T | | | | | |
| 25. a. Fidelity Advisor Gov. Investment 167 | | | | | sold | 4/28 | J | A | See Note 1 in Part VIII |
| 26. b. Fidelity Advisor Intermediate Bond 287 | | | | | sold | 4/28 | J | A | |
| 27. c. UNB Discretionary Common Trust Fund | | | | | sold | 5/05 | J | A | |
| 28. d. UNB Liquid Asset Fund | | | | | sold | 4/28 | J | A | |
| 29. e. Primco Total Return Fund | | | | | sold | 4/28 | J | A | |
| 30. f. S&P Midcap 400 Dep Recpts U/T | | | | | sold | 4/28 | J | A | |
| 31. g. Note from Beneficiary dated 1/1/99 | | | K | T | | | | | |
| 32. h. Note from Beneficiary dated 6/6/00 | | | J | T | | | | | |
| 33. i. Federated Prime Obligations Inst. Srv. Shs. Fund #396 | | | J | T | buy | 4/29 | J | | See Note 2 in Part VIII |
| 34. j. Federated Limited Duration Govt. Fund #318 | | | J | T | buy | 5/06 | J | | |
| 35. k. Federated Total Return Bond Fund #288 | | | J | T | buy | 5/05 | J | | |
| 36. l. Federated Mortgage Fund #837 | | | J | T | buy | 5/05 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,000-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| King, Robert B | 05/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. m. Federated Total Return Govt. Bond Fund #648 | | | J | T | buy | 5/05 | J | | |
| 38. n. Pimco All Asset Fund Adm. Shs. #588 | | | J | T | buy | 7/22 | J | | |
| 39. o. Federated Kaufmann Small Cap. Fund #757 | | | J | T | buy | 5/05 | J | | |
| 40. p. Federated Kaufmann Fund - CLA Fd. #066 | | | J | T | buy | 5/05 | J | | |
| 41. q. Federated Cap. Appreciation Fund A #674 | | | J | T | buy | 5/05 | J | | |
| 42. r. Federated Market Opportunities CLA #257 | | | J | T | buy | 7/22 | J | | |
| 43. s. Goldman Sachs Large Cap. Value Fund CLA #1213 | | | J | T | buy | 5/05 | J | | |
| 44. t. Pimco PEA Renaissance Fund #433 | | | J | T | buy | 7/22 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (indicate part of Report)

Note 1:  Items a through f are replaced by Items i through t in PART VII

Note 2:  Items i through t replace Items a through f in PART VII

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬ Date May 12, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544